FILED
CLERK, U.S. DISTRICT COURT

APR 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Leon Jes Whack<br>    Defendant. | Case No. CR 01-1008 DDP-2<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation or Supervised Release) |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

    A.  (X)  the appearance of the defendant as required; and/or

    B.  (X)  the safety of any person or the community.

1    The Court concludes that:

2  A.  (X)  Defendant failed to present clear and convincing evidence to
3                establish that Defendant is not a risk of flight because:
4    _Prior FTA 3/12_
5    _Prior Drug use_

9  B.  (X)  Defendant failed to present clear and convincing evidence to
10              establish that Defendant does not pose a risk to the safety of other
11              persons or the community because:
13    _Current Allegations + State offense_

17    IT IS ORDERED that defendant be detained.

19  DATE: _Apr 19_, 2013

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

2