

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEON JEB WALKER ,

,

Defendant.

Case No.  01-1008-DDP

ORDER OF DETENTION

[Fed. R. Crim. P. 31.1(a)(6);
18 U.S.C. § 3143(a)(1)]

I.

The Court conducted a detention hearing pursuant to Federal Rule of
Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's
arrest for alleged violation(s) of the terms of Defendant's ☐ probation /
☒ supervised release.

II.

The Court finds that

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒   Lack of bail resources

    ☒   Refusal to interview with Pretrial Services

    ☒   No stable residence or employment

    ☒   Previous failure to appear or violations of probation, parole, or release, and outstanding warrant

    ☐   Ties to foreign countries

    ☒   Allegations in petition

    X   concerns about possible substance abuse and mental health

B.   ☒   Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒   Nature of previous criminal convictions

    ☒   Allegations in petition

    ☒   Substance abuse

    ☐   Already in custody on state or federal offense

    ☐   Currently on probation for possession of controlled substance for sale

    X   concerns about possible substance abuse and mental health

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated:     June 25, 201

_____/s/_____

HON. ALKA SAGR
UNITED STATES MAGISTRATE JUDGE